UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Joseph A Gemignani Sr. and
Barbara A Gemignani,
Debtors.

Case No. 21–25588–kmp

Chapter 13

## AMENDED NOTICE OF TELEPHONE HEARING

TO: Joseph A Gemignani Sr.
Barbara A Gemignani

Attorney David G. Kingstad
Trustee Rebecca R. Garcia
Sharpe's Condominium Association

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Katherine M. Perhach, United States Bankruptcy Judge, on **March 1, 2022, at 09:45 AM,** to consider the Objection of Sharpe's Condominium Association to Confirmation of the Plan.

PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1–888–675–2535, and enter access code 9918878 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

**Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the Court (414–290–2660), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

By the Court:

_____/s/_____
Katherine M. Perhach
United States Bankruptcy Judge

January 25, 2022