UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re: Joseph A Gemignani and            Chapter 13
       Barbara A Gemignani,                Case No. 21-25588-KMP
           Debtors.

_____

**ORDER OVERRULING OBJECTION TO CONFIRMATION**
**BY SHARPE'S CONDOMINIUM ASSOCIATION**

_____

The Objection to Confirmation filed by Sharpe's Condominium Association ("Creditor") having come on for hearing before the Court on Tuesday, April 5, 2022, debtors appearing in person and by their attorney, David G. Kingstad, and the Chapter 13 Trustee having appeared by her attorney, Rebecca A. Quiroz (all above appearances having been by telephone), there being no appearance by the Creditor;

NOW, THEREFORE, for reasons as stated on the record,

IT IS HEREBY ORDERED that the Creditor's Objection to Confirmation shall be and the same hereby is overruled.

# # # # #

Prepared by:
Attorney David G. Kingstad
Kingstad Law Firm, LLC
4811 South 76th Street, Suite 410
Greenfield, WI 53220
(414) 281-5500
FAX (414) 281-5444
e-mail: dkingstad@kingstadlaw.com