| Label Matrix for local noticing<br>0757-2<br>Case 21-25588-kmp<br>Eastern District of Wisconsin<br>Milwaukee<br>Fri Aug 12 11:34:21 CDT 2022 | JPMorgan Chase Bank, National Association<br>c/o Gray & Associates, L.L.P.<br>16345 West Glendale Drive<br>New Berlin, WI 53151-2841 | Sharpe's Condominium Association<br>c/o Patrick McCourt<br>1020 Seward Street<br>Evanston, IL 60202-2145 |
|---|---|---|
| ARS National Services Inc.<br>PO Box 463023<br>Escondido, CA 92046-3023 | AT&T Universal Citi Card<br>Attn: Bankruptcy<br>Po Box 6500<br>Sioux Falls, SD 57117-6500 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Axcess Financial<br>7755 Montogomery Road<br>Suite 400<br>Cincinnati, OH 45236-4197 |
| BBR Investments LLC<br>100 North Center Street<br>Newton Falls, OH 44444-1321 | (p)BMO HARRIS BANK N A<br>PO BOX 2035<br>MILWAUKEE WI 53201-2035 | BMO Harris Bank N.A.<br>P.O. Box 94033<br>Palatine, IL 60094-4033 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Blitz & Gaines Attorneys at Law<br>775 Corporate Woods Parkway<br>Vernon Hills, IL 60061-3112 | Capital Management Services LP<br>698 1/2 South Ogden Street<br>Buffalo, NY 14206-2317 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One Bank USA NA<br>c/o Blitt & Gaines PC<br>250 E. Wisconsin Ave, 18th Fl<br>Milwaukee, WI 53202-4232 |
| Capital One Bank USA NA<br>c/o Corporatioin Service Company<br>100 Shockoe Slip, 2nd Fl<br>Richmond, VA 23219-4100 | Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One/SaksFirst<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One/Younkers<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One/boscovs<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chase Mortgage<br>Chase Records Center/Attn: Correspondenc<br>Mail Code LA4 5555 700 Kansas Ln<br>Monroe, LA 71203 | Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 |

| | | |
|---|---|---|
| Citibank/Best Buy<br>Citicorp Credit Srvs/Centralized Bk dept<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank/Goodyear<br>Attn: Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Client Services<br>3451 Harry S. Truman Blvd.<br>Saint Charles, MO 63301-9816 |
| Comenity Bank/Boston Store<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/The Sports Authority<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity bank/J Crew<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Credit Control LLC<br>5757 Phantom Drive, Ste 330<br>Hazelwood, MO 63042-2429 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Financial Recovery Services<br>P.O. Box 385908<br>Minneapolis, MN 55438-5908 | First Source<br>205 Bryant Woods South<br>Buffalo, NY 14228-3609 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Gray & Associates, LLP<br>16345 W. Glendale Drive<br>New Berlin, WI 53151-2841 | Horizon Law<br>611 N. Barker Road, Ste 209<br>Brookfield, WI 53045-5930 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Kohl's<br>Peritus Portfolio Services II, LLC<br>PO BOX 141509<br>IRVING, TX 75014-1509 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Mercantile Adj Bureau<br>165 Lawrence Bell Dr, #100<br>Buffalo, NY 14221-7900 |
| Midland Credit Management<br>350 Camino De La Reina, Ste 100<br>San Diego, CA 92108-3007 | Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 |
| Milwaukee County Treasurer<br>901 N. 9th Street, Room #102<br>Milwaukee, WI 53233-1425 | Nationwide Credit LLC<br>PO Box 15130<br>Wilmington, DE 19850-5130 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SANTANDER CONSUMER USA<br>1601 Elm St., Suite 800<br>Dallas, TX 75201-7260 | Santander Consumer USA<br>Attn: Bankruptcy<br>Po Box 961245<br>Fort Worth, TX 76161-0244 |
| Sharpes Condominium Association<br>2433 Northwood Drive<br>Saukville, WI 53080-2429 | Sharpes Condominium Association<br>c/o Patrick McCourt<br>1020 Seward St.<br>Evanston IL 60202-2145 | Sheboygan County Treasurers Office<br>508 New York Ave.<br>Sheboygan, WI 53081-4126 |
| Sunrise Credit Services<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 | Syncb/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US Bank Card Member Services<br>PO Box 108<br>Saint Louis, MO 63166-0108 |
| US Bank/RMS<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Village of Elkhart Lake<br>PO Box 143<br>Elkhart Lake, WI 53020-0143 | Village of Whitefish Bay Municipal Court<br>5300 N. Marlborough Drive<br>Milwaukee, WI 53217-5344 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Barbara A Gemignani<br>616 E. Day Avenue<br>Whitefish Bay, WI 53217-4841 | David G. Kingstad<br>Kingstad Law Firm, LLC<br>4811 South 76th Street<br>Suite 410<br>Greenfield, WI 53220-4352 |
| Joseph A Gemignani Sr.<br>616 E. Day Avenue<br>Whitefish Bay, WI 53217-4841 | Rebecca R. Garcia<br>Chapter 13 Trustee<br>PO Box 3170<br>Oshkosh, WI 54903-3170 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Attn: National Bankruptcy Center<br>Po Box 168088<br>Irving, TX 75016 | BMO HARRIS BANK N.A.<br>PO BOX 2035<br>MILWAUKEE, WI 53201-2035 | Bank of America<br>Attn: Bankruptcy<br>Po Box 982234<br>El Paso, TX 79998 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase/Bank One Card Services<br>P.O. Box 15298<br>Wilmington, DE 19850 | Dell Financial Services<br>Attn: Bankruptcy<br>Po Box 81577<br>Austin, TX 78708 |

| (d)Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Ford Motor Credit<br>National Bankruptcy Service Ccenter<br>Po Box 62180<br>Colorado Springs, CO 80962 | (d)JP Morgan Chase Bank<br>3415 Vision Drive<br>Columbus, OH 43219 |
|---|---|---|
| (d)JPMorgan Chase Bank, National Association<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane, Monroe, LA 71203 | Macys/fdsb<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040 | Portfolio Recovery Associates, LLC<br>Attn: Bankruptcy<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | (d)US Bank<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201 |
| (d)US Bank<br>PO Box 1800<br>Saint Paul, MN 55101 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Syncb/flan

End of Label Matrix
Mailable recipients    79
Bypassed recipients     1
Total                  80