**KINGSTAD LAW FIRM, LLC**
**ATTORNEYS AT LAW**
4811 South 76th Street, Suite 410
Greenfield, Wisconsin 53220
Telephone (414) 281-5500
Facsimile (414) 281-5444

Gemignani, Joseph and Barbara

Attn: Joseph Gemignani

|  |  |
|---|---|
| Page: | 1 |
|  | 08/30/2022 |
| Account No: | 14420-00 |
| Statement No: | 21362 |

Chapter 13 Bankruptcy

### Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/29/2021 | Initial meeting with client - lasted 1.5 hours but billed for only one-half hour (initial first hour no charge); gather information from client and lay contours of case and explain procedures of Chapter 13. | 0.50 | 150.00 |
| 10/01/2021 | Meet with Mr. and Mrs. Gemignani and gather additional information; further description of Chapter 13 procedure and contours of possible Chapter 13 Plan. | 1.20 | 360.00 |
| 10/15/2021 | Meet with Mr. Gemignani to gather additional information and documents; review same and further explanation of Chapter 13 Plan and procedure. | 0.60 | 180.00 |
| 10/21/2021 | Mr. Gemignani is in to drop off additional documents; short meeting with him to review additional documents and review Chapter 13 Plan and schedules. | 0.40 | 120.00 |
| 10/22/2021 | Final review of bankruptcy schedules, income and expenses and assets in preparation for filing of case. | 1.00 | 300.00 |
| 11/04/2021 | Review schedules in preparation for meeting with clients to review and sign full schedules; prepare motion to extend time to file Chapter 13 Plan. | 1.00 | 300.00 |
| 11/05/2021 | Prepare motion to extend time to file Chapter 13 Plan and direct paralegal to file same. | 0.30 | 90.00 |
| 11/11/2021 | Prepare amended schedules and Chapter 13 Plan for clients to sign. | 1.00 | 300.00 |
| 11/18/2021 | Review Objection to Confirmation filed by JPMorgan Chase Bank. Prepare for and attend §341 Meeting of Creditors. | 0.50 1.00 | 150.00 300.00 |
| 12/07/2021 | Prepare for and attend Hearing on Objection to Confirmation by Chase Bank. | 0.80 | 240.00 |
| 01/19/2022 | Review correspondence filed by Condo Association; Court will accept letter as an objection to confirmation and schedule hearing. | 0.50 | 150.00 |
| 01/25/2022 | Prepare for and attend adjourned heairng on Objection to Confirmation by Chase Bank. | 0.50 | 150.00 |
| 03/01/2022 | Prepare for and attend adjourned hearing on Objection to Confirmation by Chase and | | |

Gemignani, Joseph and Barbara

Chapter 13 Bankruptcy

| | | Hours | |
|---|---|---|---|
| | by Condo Association; research re validity and extent of lien held by Condo Association based on representations by Condo Association on the record - lien is probably not valid. | 1.50 | 450.00 |
| 03/30/2022 | Research re validity of condominium lien filed by Sharpe's Condo; prepare email correspondence to representatives of association regarding validity of lien. | 1.50 | 450.00 |
| 04/05/2022 | Prepare for and attend adjourned hearing on OTC by Chase and Condo Association; Chase still has to complete its appraisal so Court adjourned hearing again; based on representations by DGK Court overruled Condo Association objection to confirmation; prepare and submit proposed Order Overuling Objection by Condo Association. | 1.50 | 450.00 |
| 05/10/2022 | Review file and prepare for and attend adjourned hearing on objection to confirmation by Chase; Chase wants to market the Day property and parties wish to discuss appraisal of Elkhart Lake property.  Matter adjourned to 6./7/22 but Court will schedule an evidentiary hearing at that time. | 0.60 | 180.00 |
| 06/01/2022 | Email exchange with client regarding progress of appraisals and evidentiary hearing status. | 0.50 | 150.00 |
| 06/06/2022 | Email exchange with Attorney Drout re sale of Day and progress of appraisals and valuation of Elkhart Lake property. | 0.50 | 150.00 |
| 06/07/2022 | Prepare for and attend adjourned hearing on objection to confirmation by Chase; Court schedules an evidentiary hearing to be held 9/8/2022.  Review and calendar critical dates for evidentiary hearing. | 1.00 | 300.00 |
| 06/28/2022 | Prepare motion to sell real estate based on representations of closing department (closing department indicates all liens will be paid at closing). | 1.50 | 450.00 |
| 06/29/2022 | Email exchange with client re evidentiary hearing on valuation of Elkhart Lake property and discovery - client provides proposed discovery; review same. | 0.50 | 150.00 |
| 07/07/2022 | Email exchange with client regarding additional proposed discovery; review same and begin refashioning discovery for service on Chase. | 0.50 | 150.00 |
| 07/12/2022 | Review response filed by Attorney Drout on behalf of Chase regarding motion to sell; Chase has no objection to the motion to sell but requires all liens to be paid at closing; numerous email exchanges with Attorney Drout and client re lien payoff to close. | 1.50 | 450.00 |
| | Email exchange with Gray & Associates regarding stipulation to vacate sheriff's sale of Day property to allow for sale of property. | 0.40 | 120.00 |
| 07/13/2022 | Numerous email exchanges with Attorney Drout and client regarding closing and payment of Capital One judgment. | 0.60 | 180.00 |
| 07/14/2022 | More email exchanges with title company closing department, Attorney Drout and client regarding payment of outstanding lien at closing.  Capital One has provided a letter that release is in progress. | 0.60 | 180.00 |
| 07/15/2022 | Additional email exchanges regarding progress of closing in light of lien release; review supplemental response filed by Attorney Drout to motion to sell real estate and | | |

Gemignani, Joseph and Barbara

Chapter 13 Bankruptcy

Page: 3
08/30/2022
Account No: 14420-00
Statement No: 21362

|  | | Hours |  |
|---|---|---|---|
|  | prepare and file letter to Court regarding status and proposed Order Allowing Sale. | 0.80 | 240.00 |
| 07/18/2022 | Review docket re Court scheduling hearing on motion to sell property; review file and prepare and file additional correspondence to Court re motion. | 0.80 | 240.00 |
| 07/19/2022 | Prepare for and attend hearing on motion to sell real estate; Court denies motion and directs debtors to file motion to sell free and clear of liens with an abbreviated notice time. | 0.80 | 240.00 |
|  | Prepare and file motion to sell real estate free and clear of liens. | 1.00 | 300.00 |
| 07/21/2022 | Review Order filed by Court regarding motion to sell real estate; Court indicates efforts to serve motion reflected in Affidavit of Service do not suffice; review and find additional contact names and addresses for service and provide service; prepare and file supplemental Affidavit of Service of motion to sell real estate free and clear of liens. | 2.50 | 750.00 |
| 07/22/2022 | Review discovery received from Chase re evidentiary hearing on valuation of Elkhart Lake property. | 1.00 | 300.00 |
| 07/26/2022 | Prepare and serve discovery on Chase regarding evidentiary hearing on valuation of property. | 2.00 | 600.00 |
| 08/01/2022 | Email exchange with Attorney Drout re settlement proposal for valuation of Elkhart Lake property. | 0.50 | 150.00 |
| 08/04/2022 | Numerous email exchanges with client regarding settlement proposal for valuation of Elkhart Lake; client proposes to settle at $377,000.00. | 0.80 | 240.00 |
| 08/05/2022 | Email exchange with Attorney Drout regarding settlement at $377,000.00 based on client's own appraisal; Attorney Drout requests copy of client's appraisal; in various email exchanges client will not provide his appraisal; says he has already provided it (client did not). | 0.50 | 150.00 |
| 08/08/2022 | Prepare and file Order Allowing Sale of Real Estate Free and Clear of Liens. | 0.50 | 150.00 |
|  | Various email exchanges with client regarding providing his appraisal to Chase to support his counter-offer; client refuses to provide appraisal. | 0.80 | 240.00 |
| 08/09/2022 | Court has signed Order Allowing Sale of Real Estate Free and Clear of Liens; provide copy to title company and client. | 0.50 | 150.00 |
|  | Email exchange with client; he has gone straight to Attorney Drout regarding argument over appraisal and additional issues regarding settlement. | 0.40 | 120.00 |
| 08/10/2022 | Numerous email exchanges with Attorney Drout and client; Chase has agreed to $377,000.00 counter proposal made by client but now client no longer wishes to agree to this amount; client believes additional clarifications should be made in order to settle. | 0.80 | 240.00 |
| 08/11/2022 | More email exchanges with client regarding settling valuation issue at $377,000.00; client agreed to settle at this amount and counter-proposal made at this number, but client refuses to accept without additional conditions. Commence preparation of motion to withdraw. | 0.50 | 150.00 |

Gemignani, Joseph and Barbara

Chapter 13 Bankruptcy

| | | Hours | |
|---|---|---|---|
| 08/12/2022 | Prepare and file motion to withdraw; forward copy to client; numerous email exchanges - client agrees to withdrawal but wants to lodge additional unfounded criticism. | 0.80 | 240.00 |
| 08/15/2022 | More email correspondence with client regarding progress and status of case and requesting additional information regarding discovery process. Provide authorization to Attorney Drout to communicate directly with client. | 0.50 | 150.00 |
| 08/19/2022 | Review email exchange between client and Attorney Drout; client has now accepted his own proposal to value property at $377,000.00 and there is a stipulation, but client is questioning wording in stipulation. Counsel has not yet been authorized to withdraw so stipulation will probably have to be approved by counsel. | 0.50 | 150.00 |
| 08/25/2022 | Email exchange with Attorney Drout, Attorney Rebecca Quiroz from Trustee's office and client seeking approval of stipulation; counsel advises he will not sign off on stipulation inasmuch as wording has changed from original stipulaton and counsel was not involved in negotiations. | 0.40 | 120.00 |
| | For Current Services Rendered | 38.40 | 11,520.00 |

### Expenses

| | | |
|---|---|---|
| 10/04/2021 | Credit reports (cost for joint report for Joseph and Barbara). | 64.00 |
| 10/22/2021 | Chapter 13 Filing Fee paid. | 313.00 |
| 07/19/2022 | Filing fee for motion to sell real estate free and clear of liens. | 188.00 |
| | Total Expenses | 565.00 |

| | | |
|---|---|---|
| | Total Current Work | 12,085.00 |

### Payments

| | | |
|---|---|---|
| 10/01/2021 | Payment Received from Client to Commence Chapter 13 Filing. | -2,000.00 |
| 10/01/2021 | Payment Received for Filing Fee. | -313.00 |
| 10/01/2021 | Payment Received for Credit Report. | -50.00 |
| | Total Payments | -2,363.00 |

| | | |
|---|---|---|
| | Balance Due | $9,722.00 |
| | Please Remit | $9,722.00 |

**BALANCE NOT PAID INCURS A CHARGE OF 1.5% PER MONTH (18% Per Year).**