So Ordered.

Dated: September 1, 2022



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>Joseph A. Gemignani Sr. and Barbara A. Gemignani<br><br>Debtors. | Chapter: 13<br><br>Case No. 21-25588-kmp |

**ORDER APPROVING STIPULATION RESOLVING VALUATION OF PROPERTY LOCATED AT 514 SHARPES DRIVE, ELKHART LAKE, WI 53020**

The Court has reviewed the Stipulation filed September 1, 2022, between the debtors and JPMorgan Chase Bank, National Association (hereinafter the "creditor") resolving the evidentiary hearing scheduled for September 8, 2022, with respect to the valuation of the debtors' property located at 514 Sharpes Drive, Elkhart Lake, WI 53020.

IT IS THEREFORE ORDERED: the Stipulation, which is attached to this order, is approved and the parties are authorized to act in accordance with its terms.

# # # # #

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

IN RE

Joseph A. Gemignani Sr. and Barbara A. Gemignani

Debtors.

Chapter: 13

Case No. 21-25588-kmp

---

## STIPULATION RESOLVING VALUATION OF PROPERTY LOCATED AT 514 SHARPES DRIVE, ELKHART LAKE, WI 53020

---

The debtors Joseph A. Gemignani, Sr. and Barbara A. Gemignani, and the creditor, JPMorgan Chase Bank, National Association, by its attorneys, Gray & Associates, L.L.P., stipulate and agree as follows:

1. That the creditor shall hold a secured claim of $377,000.00 regarding the creditor's lien on the debtors' property located at 514 Sharpes Drive, Elkhart Lake, WI 53020.

2. The creditor and debtors will engage in consideration of the payment terms for the stipulated valuation outside of the bankruptcy proceeding. If an agreement is not reached by September 15, 2022, debtors shall be free to file an amended chapter 13 plan incorporating the stipulated valuation adjusted for payments earmarked for the cram down and actually made to the Chapter 13 Trustee for disbursement to creditor. No conditions or terms embodied in this

**Drafted by:**

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: 414.224.8404
Fax:   414.224-1279
Email:

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

stipulation shall be interpreted, either expressly or by implication, as preventing or in any way qualifying the submission of the aforesaid amended chapter 13 plan.

3. The parties are relieved of any pending discovery requests and the requirements under the June 8, 2022, Order Setting Evidentiary Hearing and Establishing Related Procedures and Deadlines, ECF Doc. No. 56.

Dated this 23rd day of Aug, 2022.

Debtor

By: *Joseph A. Gemignani Sr.*
Joseph A. Gemignani, Sr.

Dated this 25th day of August, 2022.

Gray & Associates, L.L.P.
Attorneys for Creditor

By: *Christopher C. Drout*
Christopher C. Drout

Dated this 23 day of Aug, 2022.

Joint Debtor

By: *Barbara A. Gemignani*
Barbara A. Gemignani

No Objection
Dated this _____ day of _____, 2022.

By: Rebecca A Quiroz
Digitally signed by Rebecca A Quiroz
DN: cn=Rebecca A Quiroz, c=US, o=Chapter 13 Trustee, ou=Staff Attorney, email=rebecca@ch13oshkosh.com
Date: 2022.09.01 08:57:54 -05'00'

Rebecca R. Garcia
Chapter 13 Trustee