United States Bankruptcy Court
Eastern District of Wisconsin

In re:                                                    Case No. 21-25588-kmp
Joseph A Gemignani, Sr.                       Chapter 13
Barbara A Gemignani
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0757-2                    User: adkt                          Page 1 of 2
Date Rcvd: Sep 01, 2022            Form ID: pdfhrg                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

**Recip ID**           **Recipient Name and Address**
db/jdb                #+    Joseph A Gemignani, Sr., Barbara A Gemignani, 616 E. Day Avenue, Whitefish Bay, WI 53217-4841

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKNOTICES@GRAY-LAW.COM | Sep 02 2022 00:05:00 | JPMorgan Chase Bank, National Association, c/o Gray & Associates, L.L.P., 16345 West Glendale Drive, New Berlin, WI 53151-2841 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022                  Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2022 at the address(es) listed below:

**Name**                               **Email Address**

Christopher C. Drout
                                 on behalf of Creditor JPMorgan Chase Bank  National Association cdrout@gray-law.com, bknotices@gray-law.com;bknotice@gmail.com

Jay J. Pitner

on behalf of Creditor JPMorgan Chase Bank National Association bknotices@gray-law.com;bknotice@gmail.com

Office of the U. S. Trustee

ustpregion11.mi.ecf@usdoj.gov

Rebecca R. Garcia

filings@ch13oshkosh.com

TOTAL: 4

So Ordered.

Dated: September 1, 2022



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| IN RE | Chapter: 13 |
|---|---|
| Joseph A. Gemignani Sr. and Barbara A. Gemignani | Case No. 21-25588-kmp |
| Debtors. | |

**ORDER APPROVING STIPULATION RESOLVING VALUATION OF PROPERTY LOCATED AT 514 SHARPES DRIVE, ELKHART LAKE, WI 53020**

The Court has reviewed the Stipulation filed September 1, 2022, between the debtors and JPMorgan Chase Bank, National Association (hereinafter the "creditor") resolving the evidentiary hearing scheduled for September 8, 2022, with respect to the valuation of the debtors' property located at 514 Sharpes Drive, Elkhart Lake, WI 53020.

IT IS THEREFORE ORDERED: the Stipulation, which is attached to this order, is approved and the parties are authorized to act in accordance with its terms.

# # # # #

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

IN RE                                              Chapter: 13
Joseph A. Gemignani Sr. and Barbara A.
Gemignani                                          Case No. 21-25588-kmp

    Debtors.

---

**STIPULATION RESOLVING VALUATION OF PROPERTY LOCATED AT 514 SHARPES DRIVE, ELKHART LAKE, WI 53020**

---

    The debtors Joseph A. Gemignani, Sr. and Barbara A. Gemignani, and the creditor, JPMorgan Chase Bank, National Association, by its attorneys, Gray & Associates, L.L.P., stipulate and agree as follows:

    1.    That the creditor shall hold a secured claim of $377,000.00 regarding the creditor's lien on the debtors' property located at 514 Sharpes Drive, Elkhart Lake, WI 53020.

    2.    The creditor and debtors will engage in consideration of the payment terms for the stipulated valuation outside of the bankruptcy proceeding. If an agreement is not reached by September 15, 2022, debtors shall be free to file an amended chapter 13 plan incorporating the stipulated valuation adjusted for payments earmarked for the cram down and actually made to the Chapter 13 Trustee for disbursement to creditor. No conditions or terms embodied in this

**Drafted by:**

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151
Phone: 414.224.8404
Fax:    414.224-1279
Email:

Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose. If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

stipulation shall be interpreted, either expressly or by implication, as preventing or in any way qualifying the submission of the aforesaid amended chapter 13 plan.

3. The parties are relieved of any pending discovery requests and the requirements under the June 8, 2022, Order Setting Evidentiary Hearing and Establishing Related Procedures and Deadlines, ECF Doc. No. 56.

Dated this 23rd day of Aug, 2022.　　　Dated this 25th day of August, 2022.

Debtor

By: _____
　　Joseph A. Gemignani, Sr.

　　　　　　　　　　　　　　　　　　　　Gray & Associates, L.L.P.
　　　　　　　　　　　　　　　　　　　　Attorneys for Creditor

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Christopher C. Drout

Dated this 23 day of Aug, 2022.

Joint Debtor

By: _____
　　Barbara A. Gemignani

No Objection
Dated this _____ day of _____, 2022.

By: _____
　　Rebecca A Quiroz (Digitally signed by Rebecca A Quiroz, DN: cn=Rebecca A Quiroz, c=US, o=Chapter 13 Trustee, ou=Staff Attorney, email=rebecca@ch13oshkosh.com, Date: 2022.09.01 08:57:54 -05'00')
　　Rebecca R. Garcia
　　Chapter 13 Trustee