So Ordered.

Dated: June 22, 2023



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:
JOSEPH A GEMIGNANI SR
BARBARA A GEMIGNANI

Chapter 13
Case No. 2021-25588-KMP-13

Debtors

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

Based on an agreement between the Chapter 13 Trustee and the Debtors, the Trustee's motion to dismiss is denied subject to the following terms:

1. The Debtors must pay $750.00 monthly, or whatever amount is in any modified plan, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with July 2023 and continuing through and including December 2023.

2. The Debtors must provide copies of 2022 federal and state income tax returns to the Trustee on or before July 31, 2023.

3. The Trustee may file an affidavit or certification of default and order dismissing this case if the Debtors fail to comply with the deadlines stated above.

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

4. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

5. The denial of the motion to dismiss is without prejudice to the Trustee filing another motion for any future defaults.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####