So Ordered.

Dated: August 9, 2023



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Joseph A. Gemignani, Sr. and<br>Barbara A. Gemignani,<br>                Debtors. | Chapter 13<br>Case No. 21-25588-kmp |

**ORDER AMENDING COURT'S ORDER DENYING MOTION TO DISMISS DATED JUNE 22, 2023 TO ENLARGE THE TIME TO COMPLY**

      Joseph A. Gemignani, Sr. and Barbara A. Gemignani, the Debtors, filed a motion to amend or enlarge the deadlines set in the Court's Order Denying the Trustee's Motion to Dismiss dated June 22, 2023 (the "Doomsday Order"). No one timely objected to the Motion. Based on the record,

      IT IS ORDERED that:

1. The Motion is granted.

2. The Doomsday Order is hereby amended as follows:

    The Debtors must provide copies of the 2022 federal and state tax returns to the Trustee on or before **August 31, 2023**.

3. The Trustee may file an affidavit or certification of default and order dismissing case if the Debtors fail to comply with the deadline stated above.

4. This Order is a Doomsday Order under this Court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

5. All other terms and conditions of the Doomsday Order remain in full force and effect.

#####