Debtor 1: JOSEPH A GEMIGNANI, SR

Debtor 2 (Spouse, if filing): BARBARA A GEMIGNANI

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN MILWAUKEE

Case number: 21-25588

## Official Form 410S1
# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** JPMorgan Chase Bank, National Association

**Court claim no.** (if known): 27

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2025

**New total payment:**
Principal, interest, and escrow, if any: $2123.07

**Last 4 digits** of any number you use to identify the debtor's account: 6 1 9 2

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $607.69     **New escrow payment:** $593.07

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $_____     **New principal and interest payment:** $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   **Current mortgage payment:** $_____     **New mortgage payment:** $_____

Official Form 410S1     **Notice of Mortgage Payment Change**     page 1

| | |
|---|---|
| Debtor 1 JOSEPH A GEMIGNANI, SR | Case number (if known) 21-25588 |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Signature: /s/Bill Capener   Date: 04/02/2025

Print: Bill Capener

Title: Authorized Officer

Company: JPMorgan Chase Bank, N.A.

Address: Chase Records Center Attn: Correspondence Mail
700 Kansas Lane, Mail Code LA4-5555
Monroe, LA 71203

Contact phone: 866-243-5851

Email: PCN_Escalations@chase.com

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WISCONSIN MILWAUKEE

Chapter 13 No. 21-25588
Judge: KATHERINE M. PERHACH

In re:

JOSEPH A GEMIGNANI, SR & BARBARA A GEMIGNANI

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before April 09, 2025 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid

Debtor: By U.S. Postal Service First Class Mail Postage Prepaid

JOSEPH A GEMIGNANI, SR
500 W BRADLEY RD, APT 234C

FOX POINT WI 53217

By U.S. Postal Service First Class Mail Postage Prepaid

BARBARA A GEMIGNANI
500 W BRADLEY RD, APT 234C

FOX POINT WI 53217

Debtor's Attorney: By U.S. Postal Service First Class Mail Postage Prepaid

DEBORAH A STENCEL
MILLER & MILLER LAW LLC
700 W VIRGINIA ST
STE 605
MILWAUKEE WI 53204

By U.S. Postal Service First Class Mail Postage Prepaid

DEBORAH A STENCEL
MILLER & MILLER LAW LLC
700 W VIRGINIA ST
STE 605
MILWAUKEE WI 53204

Trustee: By U.S. Postal Service First Class Mail Postage Prepaid

REBECCA R GARCIA
CHAPTER 13 TRUSTEE
PO BOX 3170

OSHKOSH WI 54903

/s/Bill Capener

Authorized Officer
JPMorgan Chase Bank, N.A.



700 Kansas Lane
LA4-6355
Monroe, LA 71203

**Escrow account statement**

| | |
|---|---|
| Account number | ▉▉▉▉▉▉ |
| Statement date | 03/19/2025 |
| Review period | 06/2024 to 05/2025 |

**Property address**
500 W Bradley Rd Apt 234C
Fox Point, WI  53217

00584 ECA  Z 07825 C -  EHE
JOSEPH A GEMIGNANI SR
BARBARA A GEMIGNANI
500 W BRADLEY RD APT 234C
FOX POINT, WI  53217-2633

**New monthly home equity payment amount**
$2,123.07

**New payment effective date**
06/01/2025

## Your escrow surplus summary

Changes in monthly escrow balances are common and due to adjustments in your taxes or insurance. To help ensure you have enough funds in your escrow account to cover these important payments, we require a minimum balance of up to two months of escrow payments in your account.

- The lowest balance in your escrow account over the next 12 months is estimated to be **$352.96** in December 2025.
- Minimum required balance means the minimum balance that must remain in your account at all times. Your minimum required balance is **$0.00**.
- There may be a difference between your estimated low balance and your minimum required balance. However, if you are in Chapter 12 or 13, that amount may be impacted by a bankruptcy adjustment. A bankruptcy adjustment is an amount comprised of the escrow deficiency and projected escrow shortage. The escrow deficiency is that amount of taxes and insurance we paid on your behalf that remained unpaid as of the date you filed your bankruptcy case. The projected escrow shortage is the amount needed to fund escrow disbursements for the 12 months after you filed bankruptcy case. The escrow deficiency and projected escrow shortage are listed on the proof of claim filed in your bankruptcy case and will be collected through the bankruptcy plan. With the current bankruptcy adjustment of $0.00, you have a post-petition surplus of $352.96.

Your surplus was determined based on the assumption that all payment have been made, so it may include funds that have not yet been paid to us. Since your account has one or more payments which have not been received, your surplus check is not included.

## Monthly payment breakdown

| Monthly mortgage payment breakdown | Contractual payment amount | New post-petition amount |
|---|---|---|
| **Principal & interest** | $1,530.00 | $1,530.00 |
| **Escrow account deposit** | $422.56 | $593.07 |
| **Total payment amount** | $1,952.56 | $2,123.07 |

**Important Message:** If you are currently in a bankruptcy case or you received a discharge in a bankruptcy case, then this escrow statement is for information only. The statement is designed to keep you informed on the status of your escrow account. It should not be interpreted or construed as a demand for payment or an attempt to collect, assess or recover all or part of a debt from you. If a Chapter 12 or 13 trustee is making your on-going post petition mortgage payments for you, then please give a copy of this statement to the trustee.

0000001 1824 250319 Page 1 of 3   00584

## Annual escrow breakdown

| Escrow expense breakdown | What was estimated to be paid | Change | What we expect to pay* |
|---|---|---|---|
| Homeowner's insurance | $1,573.51 | ↑ | $1,696.87 |
| Property tax | $5,358.13 | ↑ | $5,419.95 |

*These estimates are typically based on what we paid last year.

## Resources for you



**Contact Us**
**Customer Service**  1-866-312-7534
Monday-Friday  8am - 8pm (ET)
Saturday  9am - 6pm (ET)

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen. If an asterisk appears in the chart below, please refer to the note after the chart.

| | | | | Escrow Account Balance | |
|---|---|---|---|---|---|
| Month-Year | Activity | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
| | Starting Balance | | | $1,314.65 | -$6,342.40 |
| Jun-24 | Deposit | $577.64 | $0.00 * | $1,892.29 | -$6,342.40 |
| Jul-24 | Deposit | $577.64 | $0.00 * | $2,469.93 | -$6,342.40 |
| Aug-24 | Deposit | $577.64 | $0.00 * | $3,047.57 | -$6,342.40 |
| Sep-24 | Deposit | $577.64 | $0.00 * | $3,625.21 | -$6,342.40 |
| Oct-24 | Deposit | $577.64 | $0.00 * | $4,202.85 | -$6,342.40 |
| Nov-24 | Deposit | $577.64 | $0.00 * | $4,780.49 | -$6,342.40 |
| Dec-24 | Deposit | $577.64 | $0.00 * | | |
| Dec-24 | Withdrawal - ELKHART LAKE VILLAGE | $5,358.13 | $5,419.95 * | $0.00 | -$11,762.35 |
| Jan-25 | Deposit | $577.64 | $0.00 * | $577.64 | -$11,762.35 |
| Feb-25 | Deposit | $577.64 | $0.00 * | $1,155.28 | -$11,762.35 |
| Mar-25 | Deposit | $577.64 | $13,865.26 E | $1,732.92 | $2,102.91 |
| Apr-25 | Deposit | $577.64 | $607.69 E | | |
| Apr-25 | Withdrawal - USAA | $1,573.51 | $1,696.87 E | $737.05 | $1,013.73 |
| May-25 | Deposit | $577.64 | $607.69 E | $1,314.69 | $1,621.42 |
| | | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
| | **Total Deposits** | $6,931.68 | $15,080.64 | | |
| | **Total Withdrawals** | $6,931.64 | $7,116.82 | | |
| | **Account Balance as of May-25** | | | | $1,621.42 |

An "E" in the chart above means estimated post petition activity that hasn't occurred yet. Please note that any month impacted by an "E" (estimated) deposit, is showing an actual balance that assumes those estimated deposits have been received.

Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.

## Your estimated escrow account activity over the next 12 months

| | | | Escrow Account Balance | |
|---|---|---|---|---|
| Month-Year | Activity | Estimated Activity | Estimated Balance | ACTUAL Balance |
| | Starting Balance | | | $1,621.42 |
| Jun-25 | Deposit | $593.07 | $2,214.49 | |
| Jul-25 | Deposit | $593.07 | $2,807.56 | |
| Aug-25 | Deposit | $593.07 | $3,400.63 | |
| Sep-25 | Deposit | $593.07 | $3,993.70 | |
| Oct-25 | Deposit | $593.07 | $4,586.77 | |
| Nov-25 | Deposit | $593.07 | $5,179.84 | |
| Dec-25 | Deposit | $593.07 | | |
| Dec-25 | Withdrawal - ELKHART LAKE VILLAGE | $5,419.95 | $352.96 | |
| Jan-26 | Deposit | $593.07 | $946.03 | |

**(Continued)**

## Your estimated escrow account activity over the next 12 months continued

| Month-Year | Activity | Estimated Activity | Escrow Account Balance | |
|---|---|---|---|---|
| | | | Estimated Balance | ACTUAL Balance |
| Feb-26 | Deposit | $593.07 | $1,539.10 | |
| Mar-26 | Deposit | $593.07 | $2,132.17 | |
| Apr-26 | Deposit | $593.07 | | |
| Apr-26 | Withdrawal - USAA | $1,696.87 | $1,028.37 | |
| May-26 | Deposit | $593.07 | $1,621.44 | |
| | | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
| | Total Estimated Deposits | $7,116.84 | | |
| | Total Estimated Withdrawals | $7,116.82 | | |
| | Estimated Account Balance as of May-26 | | $1,621.44 | |

0000001 1824 250319 Page 2 of 3  00584

This Page Intentionally Left Blank



# How to read your

## Escrow account statement



**New monthly home equity payment amount**
Shows your new monthly payment amount.

**Annual escrow breakdown**
Displays your annual escrow expenses with original estimated payment compared to current estimated payments. Tax and insurance changes are common and can affect your new monthly payment.

**Monthly payment breakdown**
Breaks down your monthly payment to show home equity principal & interest, escrow, shortage amount(if any), and your current vs. new monthly payment amounts.

**Your escrow shortage options**
Outlines your shortage payment options

**Shortage coupon or Surplus check**
If you have a shortage, you can use this coupon to mail a full or partial payment of your escrow shortage. If you have a surplus, your surplus check will be attached here. Please detach and cash it.

**Your escrow account activity for the review period**
Shows estimated activity in your account in the review period, with the actual activity in your account.

**Your estimated escrow account activity over the next 12 months**
Based on actual activity in the prior review period, this section projects activity for the next 12 months.
Highlighting shows your estimated low balance. A shortage or surplus results when this low balance differs from your minimum required balance.

Case 21-25588-kmp    Doc 195    Filed 04/08/25    Page 8 of 9

## Frequently asked questions

**Why am I getting an Escrow Analysis?**
We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we estimate to pay next year.

**How is my monthly escrow payment calculated?**
Each year, we project how much you'll need in your escrow account to pay your taxes and/or insurance for the upcoming year, based on your taxes and/or insurance at the time of your Escrow Analysis. You pay a portion of the total projected escrow amount each month with your home equity payment. We then use those escrow funds to pay your taxes and/or insurance on your behalf.

If your taxes and/or insurance change during the next 12 months, you could have a shortage or surplus in your account when we run next year's analysis.

**What is a minimum required balance?**
For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.


©2024 JPMorgan Chase & Co.

58699-EHE-0215