So Ordered.

Dated: September 3, 2025



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re:<br>JOSEPH A GEMIGNANI SR<br>BARBARA A GEMIGNANI<br><br>　　　　Debtors | Chapter 13<br>Case No. 2021-25588-KMP-13 |

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

Based on an agreement between the Chapter 13 Trustee and the Debtors, the Trustee's motion to dismiss is denied subject to the following terms:

1. The Debtors must provide copies of 2024 federal and state income tax returns to the Trustee on or before October 3, 2025.

2. The Trustee may file an affidavit or certification of default and order dismissing this case if the Debtors fail to comply with the deadlines stated above.

3. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

4. The denial of the motion to dismiss is without prejudice to the Trustee filing another motion for any future defaults.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####